UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BONNIE MCINTOSH,

        Plaintiff,

    v.

MCKESSON CORPORATION, et al.,

        Defendants.

Case No. 5:16-cv-06124 HRL

**ORDER OF RECUSAL**

    I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

    SO ORDERED.

Dated: October 24, 2016

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:16-cv-06124-HRL Notice has been electronically mailed to:

Brooke Killian Kim     brooke.kim@dlapiper.com, sally.jones@dlapiper.com