United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE MCINTOSH,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No.  16-cv-06124-HRL<br><br>**CLASS ACTIONS SUBJECT TO PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA) AND ADR DEADLINES** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable Howard R. Lloyd.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, a copy of the "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions", a copy of the "Sample Confidentiality Order", and all other documents specified in Civil Local Rule 4-2.  Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal.  All other parties must file a consent or declination within 14 days of appearing in the case.  All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District

1  Of California", additional copies of which can be downloaded from the court's Internet website:
2  http://www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 10/24/2016 | Notice of Removal Filed | |
| 10/24/2016 | Plaintiff to file requisite certificate | Civil L.R. 3-7(b) |
| 11/14/2016 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| **60 days after publication of notice** | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 1/3/2017 | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/17/2017 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | FRCivP 26(a) (1) Civil _L.R . 16-9 |
| 1/24/2017 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) 1:30 PM in Courtroom 2, 5th Floor Robert F. Peckham Federal Building 280 South 1st Street San Jose, CA 95113 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

2