| | |
|---|---|
| 1 | ERIN M. BOSMAN (CA SBN 204987) |
| | EBosman@mofo.com |
| 2 | JULIE Y. PARK (CA SBN 259929) |
| | JuliePark@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive |
| 4 | San Diego, California  92130-2040 |
| | Telephone: 858.720.5100 |
| 5 | Facsimile: 858.720.5125 |

Attorneys for Defendant
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE MCINTOSH, | Case No. 5:16-cv-06124-NC |
| Plaintiff, | **DEFENDANT MCKESSON CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| MCKESSON CORPORATION, a corporation; and BRISTOL-MYERS SQUIBB, a corporation; and PFIZER INC., a corporation; and DOES 1 through100, Inclusive, | |
| | The Honorable Nathanael Cousins |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant McKesson Corporation ("McKesson") respectfully submits the following corporate and business entity disclosure statement:

    1.    McKesson Corporation is a publicly traded company.

    2.    McKesson has no parent company and no publicly held corporation owns 10% or more of its stock.

Further, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 31, 2016

MORRISON & FOERSTER LLP

By: /s/Erin M. Bosman
    Erin M. Bosman

Attorneys for Defendant
MCKESSON CORPORATION

2