UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE MCINTOSH,<br><br>      Plaintiff,<br><br>   v.<br><br>MCKESSON CORPORATION, and others,<br><br>      Defendants. | Case No. 16-cv-06124 NC<br><br>**ORDER DENYING DEFENDANTS' RENEWED MOTION TO STAY AND MOTION TO SHORTEN TIME, AND CONTINUING HEARING ON MOTION TO REMAND TO DECEMBER 14**<br><br>**RE: DKT. NOS. 27, 28, 12** |

This Court previously denied defendants' motion to stay this case while awaiting a potential MDL transfer order. Dkt. No. 25. Undeterred, defendants have refiled their motion, asking the Court to reconsider a stay on shortened time. Dkt. Nos. 27, 28.

In seeking reconsideration, defendants have failed to show the "emergence of new material facts or a change of law occurring after the time" of the first order denying a stay. N.D. Cal. Civil Local Rule 7-9(b)(2). Consequently, the motion for reconsideration [Dkt. No. 27] is DENIED. The motion to shorten time [Dkt. No. 28] is DENIED as moot.

The Court also CONTINUES the hearing on plaintiff's motion to remand [Dkt. No. 12] to December 14, 2016, at 2:00 p.m. The change is necessitated by the Court's trial schedule.

**IT IS SO ORDERED.**

Dated: November 26, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06124 NC